Case 2:25-cv-00020-GMB   Document 4   Filed 03/06/25   Page 1 of 1

FILED
2025 Mar-07  AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complain

IN THE UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ALABAMA
Southern Division

| | | |
|---|---|---|
| Studio\|Rotan LLC, | ) | |
| Plaintiff, | ) | CASE NO.2.25-cv-00020-GMB |
| v. | ) | |
| | ) | |
| VICKII J. HOWELL and | ) | |
| M.O.V.E. GULF COAST CDC, | ) | |
| Defendants | ) | |
| | ) | |

I, VICKII J. HOWELL, listed as a Defendant in this case, am representing myself (pro se) in this suit. I ask this Court to dismiss the Plaintiff's suit against me as an individual because its Complaint does not properly state a legal claim. Moreover, it concerns my alleged actions and decisions as President/CEO of M.O.V.E. Gulf Coast CDC. I am filing this Motion under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1. INTRODUCTION

The Plaintiff, studio|rotan, claimed that I breached a valid contract with the company, violated its terms of agreement in a contract by willfully misappropriating its intellectual property services and excluded it from fundraising activities to enrich myself. However, the Plaintiff's Complaint cannot show that a real, enforceable contract ever existed between us. This is a basic requirement for a breach of contract lawsuit. Because there was no valid contract, this Complaint should be dismissed.

2. MOTION

For all the reasons I've explained above and in the answer filed in response to this lawsuit, I respectfully ask this Court to dismiss the Plaintiff's Complaint "with prejudice," which means the Plaintiff cannot file the same lawsuit against me again based on these same claims. I also ask for any other relief the Court thinks is fair according to the merits of these filings.

Respectfully Submitted,

_____ /s/
1177 Elmira Street Mobile AL 36604
(251)458-9199; (205)566-3131
vhowell@movegulfcoastcdc.org / vickii.howell@gmail.com

*Pro Se* Defendant