FILED

2025 Mar-07  AM 10:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VICKII J. HOWELL, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Pursuant to the General Order for Referral of Civil Matters to the United States Magistrate Judges of the Northern District of Alabama, dated January 2, 2015, the parties are REQUIRED to enter an election regarding the exercise of dispositive jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c) no later than **April 21, 2025**.  In the absence of consent by all parties, the Clerk is DIRECTED to reassign the case to a randomly drawn district judge without further order after **April 21, 2025**.

A telephone conference is SET for **10:45 a.m. on March 25, 2025**.  The parties are DIRECTED to dial 205-931-0422 no less than five minutes before the status conference begins.  The phone conference ID is 987 929 72.  **The telephone conference will be cancelled by separate order if all parties submit forms 24 hours in advance.**

The parties are directed to use the magistrate judge consent form on the CM/ECF system to elect or decline the exercise of magistrate judge jurisdiction. The form can be completed and submitted electronically through the Court's CM/ECF filing system at the following web address: https://ecf.alnd.uscourts.gov. If a party submits the form electronically, the form will be delivered directly to the Clerk. It will not be filed on the docket sheet, and no judge will have access to the form. Alternatively, a party may print the form, complete it manually, and submit it to the Clerk's office.

You may decline magistrate judge jurisdiction without adverse consequences. The identity of any party who consents to or declines magistrate judge jurisdiction will remain unknown to the undersigned unless consent is unanimous. The undersigned will only learn of a party's election to consent where all parties have consented. In the event fewer than all of the parties elect to consent, the Clerk will not inform the undersigned of the identity of the non-consenting party or parties. If all parties consent, a magistrate judge will exercise full and final dispositive jurisdiction, and all appeals will lie directly with the appropriate United States Court of Appeals.

DONE and ORDERED on March 7, 2025.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE