UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STUDIOROTAN LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:25-cv-20-GMB |
| VICKII J. HOWELL, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Defendant Vickii J. Howell filed a Motion to Dismiss the complaint for failure to state a claim. Doc. 4. Within her Answer, Howell also moves for a transfer of venue to the United States District Court for the Southern District of Alabama. Doc. 3 at 6. Plaintiff Studiorotan LLC is ORDERED to file a response to the motion to dismiss and the motion to transfer on or before **March 21, 2025**. Any reply by Howell should be filed on or before **March 28, 2025**.

DONE and ORDERED on March 7, 2025.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE