UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STUDIOROTAN LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:25-cv-20-GMB ) |
| VICKII J. HOWELL, *et al.*, | ) ) ) |
| Defendants. | ) |

# **ORDER**

On January 6, 2025, Plaintiff Studiorotan LLC filed a complaint against Defendant Vickii K. Howell and M.O.V.E. Gulf Coast Community Development Corporation alleging breach of contract, copyright infringement, unjust enrichment, tortious interference with business relationships, and defamation. Doc. 1. Defendant Vickii Howell filed a *pro se* answer to the complaint on own behalf and on behalf of the corporation. Doc. 3. While Howell may represent herself, she cannot represent M.O.V.E. because corporate entities may not appear *pro se*. *Palazzo v. Gulf Coast Oil*, 764 F.2d 1381, 1385 (11th Cir. 1985) (holding that "a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel). A corporate entity must be represented by counsel in all dealings with the court. *Id*. "The general rule applies even where the person seeking to represent the corporation is its president and major stockholder." *Id*. (citation omitted).

Accordingly, the court construes the answer (Doc. 3) as having been filed only on behalf of Howell. Defendant M.O.V.E. is ORDERED to file an answer to the complaint through counsel on or before **March 28, 2025**.

DONE and ORDERED on March 7, 2025.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE