AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00020

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Vicki Howell__

was received by me on *(date)* __02/13/25__.

☒ I personally served the summons on the individual at *(place)* __564 Dr. Martin Luther King Jr. Ave. Mobile, Alabama__ on *(date)* __02/13/25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __46.15__ for travel and $ __166.60__ for services, for a total of $ __212.75__ 0.00.

I declare under penalty of perjury that this information is true.

Date: __02/14/25__

__D Cook__
Server's signature

__Dustin Cook     Private Service__
Printed name and title

__P.O. Box 488 Daphne, AL 36526__
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset