FILED
2025 Mar-13 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00020

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* M O V E Gulf Coast CDC (Vicki
was received by me on *(date)* 2/13/2025 .

☑ I personally served the summons on the individual at *(place)* 564 Dr. Martin Luther King Jr Ave. Mobile, Alabama. on *(date)* 2/13/2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/13/2025

*Server's signature*

Dustin Cook - Private Service
*Printed name and title*

PO Box 488 Daphne, Alabama 36526
*Server's address*

Additional information regarding attempted service, etc: