# IN THE UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF ALABAMA
#### Southern Division

| | |
|---|---|
| Studio\|Rotan, LLC | ) |
| *Plaintiff* | ) |
| | ) |
| | ) |
| Vickii J. Howell and | ) Case No. 2:25-cv-20-GMB |
| M.O.V.E. Gulf Coast CDC | ) |
| *Defendants* | ) |
| | ) |

## RESPONSE TO THE COURT'S ORDER TO RETAIN LEGAL COUNCIL FOR M.O.V.E. GULF COAST CDC

### I. Legal Representative To Answer The Court's Order

Name: M.O.V.E. (Making Opportunities Viable for Everyone) Gulf Coast CDC

Authorized Representative, Vickii J. Howell, President/CEO

Street Address: 1177 Elmira Street

City and County: Mobile (Mobile County)

State and Zip Code: Alabama 36604

Telephone Number: 1.251.458.9199 / 1.205.566.3131

E-mail Address: vhowell@movegulfcoastcdc.org

## A. MOTIONS FOR TIME EXTENSIONS

As the lawful representative of M.O.V.E. Gulf Coast CDC's a nonprofit corporation in the State of Alabama -- whose work located is primarily centered on Africatown in Mobile, and the cities of Prichard and Chickasaw -- I, Vickii J. Howell, President/CEO and Board Chair, respond to the Court's March 7, 2025, order requiring our nonprofit corporation to hire legal counsel on or before March 28, 2025 to represent its interests. in this lawsuit.

M.O.V.E. Gulf Coast CDC's board members seek to expeditiously address the matters raised in studio|rotan's complaints. However, our organization currently does not have un-restricted funds to hire legal counsel at this time, and therefore cannot meet the court-ordered deadline. We therefore file these motions to the court, respectfully

(1.) Seeking an extension to on or before May 2, 2025, that would allow us time to raise funds and hire legal counsel, in particular, a firm that has expressed interest in representing M.O.V.E. Gulf Coast CDC in this lawsuit.

(2.) Asking to also extend the deadline for filing specific court forms to the same date, on or before May 2, 2025, so that legal counsel can complete the forms on behalf of M.O.V.E. Gulf Coast CDC in this lawsuit.

## II. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer:

(1.) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2.) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law;

and

(3.) the answer otherwise complies with the requirements of Rule 11.


Respectfully Submitted,

_____ /s/
Signature of Defendant

Vickii J. Howell, Board President/CEO On Behalf of M.O.V.E. Gulf Coast CDC

Date of Signing: March 27, 2025

**PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
PME
MOBILE, AL 36601
MAR 27, 2025
35203
$31.40
R2304M110017-4
RDC 07

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY MAIL EXPRESS

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000006

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)  PHONE (205) 566-3131

Vickii Howell
1177 Elmira Street
Mobile, AL 36604

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE (205) 278-1700

US Magistrate Judge Gray M. Borden
c/o Clerk's Office
Hugo L. Black U.S. Courthouse
1729 5th Ave No. B'ham, AL
ZIP+4 35203-2037

PEEL FROM THIS CORNER

EP13F October 2023
OD: 12 1/2 x 9 1/2

SECURITY

MAR 28 2025
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EI 090 771 549 US

PAYMENT BY ACCOUNT (if applicable)

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 36601
Scheduled Delivery Date: 3/28
Date Accepted: 3/27/25
Scheduled Delivery Time: 3:00 PM
Time Accepted: 8:56 AM
Weight: 2.00 lbs
Acceptance Employee Initials: RP
Total Postage & Fees: $31.40

LABEL 11-B, MAY 2021