# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| STUDIOROTAN LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-20-GMB |
| VICKII J. HOWELL, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

After explaining that Defendant M.O.V.E. Gulf Coast Community Development Corporation ("M.O.V.E.") may not appear *pro se*, the court ordered it to file an answer to the complaint through counsel on or before March 28, 2025. Doc. 7. Defendant Vickii Howell has now filed a motion to extend the deadline to retain counsel and respond to the complaint on behalf of M.O.V.E. through May 2, 2025. Doc. 11.

It is ORDERED that the motion (Doc. 11) is GRANTED in part and DENIED in part, and M.O.V.E. shall file a response to the complaint through counsel on or before **April 21, 2025**.

DONE and ORDERED on April 1, 2025.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE