UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STUDIOROTAN LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-20-GMB |
| VICKII J. HOWELL, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On January 6, 2025, Plaintiff Studiorotan LLC filed a complaint against Defendant Vickii K. Howell and M.O.V.E. Gulf Coast Community Development Corporation ("M.O.V.E.") alleging breach of contract, copyright infringement, unjust enrichment, tortious interference with business relationships, and defamation. Doc. 1. Howell later filed a *pro se* answer to the complaint on her own[1] behalf and on behalf the corporation. Doc. 3.

The court explained to Howell that M.O.V.E. cannot appear *pro se*, *see Palazzo v. Gulf Coast Oil*, 764 F.2d 1381, 1385 (11th Cir. 1985), construed the answer as pertaining only to Howell, and ordered M.O.V.E. to file an answer to the complaint through counsel on or before March 28, 2025.[2] Doc. 7. The court later

---

[1] Howell also filed a motion to dismiss and motion to transfer within the answer. *See* Docs. 3 at 6 & 8; *see also* Doc. 4.

[2] Studiorotan LLC filed proof of service on M.O.V.E. by service on "Vicki" at 564 Martin Luther

granted Howell's motion to extend the deadline to retain counsel and ordered M.O.V.E. to respond to the complaint on or before April 21, 2025. M.O.V.E. has not complied.

The court is satisfied that that M.O.V.E has knowledge of the complaint and the claims stated against it. *See* Docs. 3, 7, 9 & 10. Pursuant to Federal Rule of Civil Procedure 12 and the orders of this court, the deadline for M.O.V.E to respond to the complaint has expired without a response. Additionally, Studiorotan LLC has not filed a motion for entry of default.

Accordingly, it is ORDERED that on or before **May 8, 2025**, Studiorotan shall show cause, if any exists, why M.O.V.E. should not be dismissed as a defendant to this action for failure to prosecute. In the alternative, Studiorotan may file a motion for entry of default pursuant to Federal Rule of Civil Procedure 55 on or before **May 8, 2025**.

The Clerk of Court is ORDERED to mail a copy of this order to Howell and M.OV.E. at 1177 Elmira Street, Mobile, Alabama 36604.

DONE and ORDERED on April 24, 2025.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE

---

King Jr. Ave. in Mobile, Alabama on February 12, 2025. Doc. 9. This address differs from the one on the summons (Doc. 2 at 1) and the return does not give Vicki's last name, any identifying information, or other circumstances of the service.