In the United States District Court
for the Northern District of Alabama,
Southern Division

| | |
|---|---|
| **Studiorotan LLC,**<br>*Plaintiff,*<br><br>v.<br><br>**Vickii J. Howell and**<br>**M.O.V.E. Gulf Coast CDC,**<br>*Defendants.* | 2:25-cv-00020-GMB |

# APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT M.O.V.E. GULF COAST CDC

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, by and through its undersigned counsel, apply for entry of default by the Clerk of this Court against Defendant M.O.V.E. Gulf Coast Community Development Corporation (M.O.V.E.) for failure to plead, appear, or otherwise defend itself against Plaintiff Complaint through counsel. In support of this Application, Plaintiff relies on the docket in this case, the pleadings before this Court, and the attached Declaration of Tripp Watson. Plaintiff further state as follows:

1. On January 6, 2025, Plaintiff filed this civil action against Defendant M.O.V.E., alleging multiple counts of breach of contract, copyright infringement, unjust enrichment, tortious interference, and defamation.

2. On February 13, 2025, Plaintiff properly served Defendant M.O.V.E. by way of private process server.

3. On March 28, 2025, Vickii J. Howell, a representative of Defendant M.O.V.E. filed a Motion for Extension of Time. [Doc. 11]

4. On April 1, 2025, this honorable Court granted Defendant M.O.V.E.'s motion in part by granting it a 21-day extension and ordering it to file an answer to the complaint through counsel on or before April 21, 2025. [Doc 12]

5. To date, Defendant M.O.V.E. has not filed an answer or appeared through counsel.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter a default in favor of Plaintiff Studio Rotan against Defendant M.O.V.E.

Respectfully submitted,
***/s/ Joseph E. "Tripp" Watson, III***
Joseph E. "Tripp" Watson, III

***/s/ Madison J. Thomas***
Madison J. Thomas

Attorneys for Studiorotan, LLC
Intellectual Property Consulting
2007 3rd Avenue N
Birmingham, AL 35203
205.545.7278
twatson@iplawconsulting.com
mthomas@iplawconsulting.com

# CERTIFICATE OF SERVICE

  I hereby certify that on Wednesday, April 30, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record. A copy has also been mailed via U.S. Mail to the pro se Defendants at the following addresses:

M.O.V.E. Gulf Coast CDC
1177 Elmira Street
Mobile, Alabama 36604

Vickii J. Howell
1177 Elmira Street
Mobile, Alabama 36604

              ***/s/ Joseph E. "Tripp" Watson, III***