In the United States District Court
for the Northern District of Alabama,
Southern Division

| | |
|---|---|
| **Studiorotan LLC,**<br>　*Plaintiff,*<br><br>　　　　　　v.<br><br>**Vickii J. Howell and**<br>**M.O.V.E. Gulf Coast CDC,**<br>　*Defendants.* | 2:25-cv-00020-GMB |

# DECLARATION OF JOSEPH E. WATSON III

I, Joseph E. "Tripp" Watson III, declare under 28 U.S.C. § 1746:

1. I am lead counsel for Plaintiff Studiorotan LLC in this action.

2. On February 12, 2025, M.O.V.E. Gulf Coast Community Development Corporation ("M.O.V.E.") was personally served with the Summons and Complaint at 564 Martin Luther King Jr. Ave., Mobile, Alabama. A true and correct copy of the executed Return of Service is on file at Doc. 9.

3. On March 4, 2025, the Court ordered M.O.V.E. to answer through counsel by March 28, 2025 (Doc. 7). That deadline was extended to April 21, 2025 (Doc. 12). M.O.V.E. has not filed an answer, motion, or appearance.

4. No counsel has contacted me on behalf of M.O.V.E., and no extension has been sought since April 1, 2025.

5. The time for M.O.V.E. to plead or otherwise defend has expired.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2025, in Birmingham, Alabama.

_____
Joseph E. "Tripp" Watson, III