# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Studiorotan LLC }<br>    Plaintiff }<br>  v. }<br> }<br>M.O.V.E Gulf Coast CDC }<br>    Defendants } | Case Number: 2:25-cv-20-GMB |

## ENTRY OF DEFAULT

Upon application the plaintiff and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, M.O.V.E. GULF COAST CDC, was duly served and that the defendant, M.O.V.E. GULF COAST CDC has failed to answer or otherwise plead to the complaint.

    It is ADJUDGED that the defendant, M.O.V.E. GULF COAST CDC is in default and that the plaintiff, Studiorotan LLC, have and recover of the defendant such sum as the plaintiff shall prove to the Court, together with costs.

    DONE on April 30, 2025

                                        GREER M. LYNCH, CLERK


                                        BY: <u>K. St. John</u>
                                                     Deputy Clerk