IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **STUDIOROTAN LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CASE NO. CV-2:25-CV-00020** |
| **VICKII J. HOWELL, and** ) | |
| **M.O.V.E. GULF COAST CDC** ) | |
| ) | |
| **Defendants.** | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Defendants Vickii J. Howell and M.O.V.E. Gulf Coast CDC.


By: /s/ Douglas. L. Bridges

Douglas L. Bridges (1974N06L)
453 Dauphin Street, 2nd Floor
Mobile, Alabama 36602
Phone: (251) 289-9787
doug@adamsiplaw.com

*Attorney for Vickii J. Howell*
and *M.O.V.E. Gulf Coast CDC*