# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **STUDIOROTAN LLC** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **VICKII J. HOWELL, and** ) <br> **M.O.V.E. GULF COAST CDC** ) <br> ) <br> **Defendants.** | **CASE NO. CV-2:25-CV-00020** |

## DECLARATION OF VICKII J. HOWELL

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the Chief Executive Officer and President of M.O.V.E. Gulf Coast CDC ("M.O.V.E."). In that capacity, I am responsible for responding to legal assertions against M.O.V.E. as well as the financial operations of M.O.V.E.

2. From January 2025 until April 29, 2025, M.O.V.E. did not have sufficient unrestricted funds available to it to retain counsel to respond to the allegations asserted by Studiorotan LLC.

3. Upon receiving funds that would enable M.O.V.E. to retain counsel on April 30, 2025, M.O.V.E. immediately signed an engagement agreement with counsel to respond to the allegations set forth in the complaint against M.O.V.E.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 8th day of May, 2025,

*/s/ Vickii J. Howell*
Vickii J. Howell