FILED
2025 May-19 PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STUDIOROTAN LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:25-cv-20-GMB |
| VICKII J. HOWELL, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER REGARDING COMPLIANCE WITH RULE 26

The parties are reminded to conduct a conference pursuant to Federal Rule of Civil Procedure 26(f) within the next **14 days.** During the Rule 26(f) conference, the parties shall discuss at least the following topics:

- the nature and basis of the claims and defenses and the possibility of a prompt settlement or resolution of the case through formal mediation or informal settlement negotiations;

- a proposed discovery plan, including deadlines for the matters addressed in sub-paragraphs (1) through (4) of Rule 26(f) and a protocol to govern the search and production of electronically stored information; and

- the need for a protective order for disclosure of protected health information.[1]

---

[1] If the parties agree to the entry of the court's standard HIPAA protective order, they may indicate this agreement in the joint report of planning meeting. If the parties require a HIPAA order tailored to the case, the moving party should email a proposed draft order to the chambers email address and file an appropriate motion.

If the parties are unable to agree upon a date, time, or place for the Rule 26(f) conference, the parties are ORDERED to file a joint notice with the court.

Additionally, unless otherwise ordered, the parties shall exchange the initial disclosures required under Rule 26(a)(1) no later than **7 days** before the meeting in order to facilitate discussion during the discovery conference. Within **7 days** of the Rule 26(f) meeting, the parties must file a joint report of their planning meeting. The report should include a brief description of the nature of the case; an indication of the parties' assessment of the complexity of the case; proposed deadlines for amending the pleadings, joining additional parties, completing discovery, and filing dispositive motions; and a statement regarding the parties' initial interest in alternative dispute resolution. If the parties disagree about any item, the parties' must set out their respective positions in separate paragraphs.

DONE and ORDERED on May 19, 2025.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE