In the United States District Court
for the Northern District of Alabama,
Southern Division

| | |
|---|---|
| **Studiorotan LLC,**<br>　*Plaintiff,*<br><br>　　　　v.<br><br>**Vickii J. Howell and**<br>**M.O.V.E. Gulf Coast CDC,**<br>　*Defendants*. | 2:25-cv-00020-GMB<br><br>Opposed<br><br>No Oral Argument Requested |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Studiorotan LLC ("Plaintiff" or "studio|rotan"), by and through undersigned counsel moves for a Preliminary Injunction against Defendants Vickii J. Howell ("Howell") and M.O.V.E. Gulf Coast CDC ("M.O.V.E.") (collectively "Defendants") and respectfully requests that this Court issue an order restraining Defendants as set forth below. In support of its Motion, Plaintiff submits a Brief in Support and an accompanying affidavit of Renee Kemp Rotan.

      For these reasons, Studio|rotan respectfully requests that the Court immediately enter an Order awarding the following relief:

1. **Copyright Infringement**
    a. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in concert with them who receive actual notice of this Order are enjoined from directly or indirectly infringing any copyrighted work owned or controlled by Plaintiff, including the works identified in Registrations PAu004210458, VAu001521715, and VAu001521718. This prohibition includes copying, reproducing, downloading, distributing, uploading, transmitting, displaying, selling, advertising, or otherwise exploiting those works without Plaintiff's express authorization.
2. **Trademark Infringement and Unfair Competition**
    a. Regarding the mark THE AFRICATOWN INTERNATIONAL DESIGN IDEA COMPETITION, Registration Number 98286050, Defendants and those in active concert with them are enjoined from:
        i. using Plaintiff's registered mark, or any confusingly similar designation, in connection with the manufacture, distribution,

advertising, promotion, offer for sale, or sale of any goods or services;

   ii. representing that any product or service offered by Defendants is sponsored by, affiliated with, or otherwise associated with Plaintiff; and

  iii. registering, trafficking in, or using any domain name, social-media account, or online handle incorporating Plaintiff's mark, or assisting others in any of the foregoing acts.

3. **Defamation**

    a. Defendants are enjoined from repeating, publishing, or causing to be published any untruthful, inflammatory, defamatory, or false-light statements about Studio|rotan or Renee Kemp-Rotan, or statements that are materially indistinguishable in substance and meaning, in any medium. Nothing in this Order restrains Defendants from publishing truthful statements, expressing opinions that do not contain provably false factual assertions, or testifying under oath in any judicial or administrative proceeding.

4. **Ancillary Relief**

    a. Any financial institution, payment processor, or online platform served with this Order shall immediately restrain any account owned

or controlled by Defendants that receives proceeds from the infringing acts, to be interplead into Court pending further adjudication.

b. Within seven (7) days of service, Defendants shall deliver to Plaintiff's counsel for impoundment all products, labels, advertisements, digital files, and other materials bearing Plaintiff's copyrighted works or trademarks, pursuant to 17 U.S.C. § 503 and 15 U.S.C. § 1118.

c. Defendants shall preserve all paper and electronic records relating to the acts complained of and provide expedited discovery, limited to identification of infringing goods, suppliers, customer lists, and financial accounts, within fourteen (14) days of service.

d. Within thirty (30) days of entry of this Order, Defendants shall file a sworn report detailing their compliance with each provision herein.

5. **Bond**

a. Studio|rotan further requests that the Court waive or set a minimal bond under Fed. R. Civ. P. 65(c) and award such other and further relief as the Court deems just and proper.

Respectfully submitted,
***/s/ Joseph E. "Tripp" Watson, III***
Joseph E. "Tripp" Watson, III

        ***/s/ Madison J. Thomas***
        Madison J. Thomas

Attorneys for Studiorotan, LLC
Intellectual Property Consulting
2007 3rd Avenue N
Birmingham, AL 35203
205.545.7278
twatson@iplawconsulting.com
mthomas@iplawconsulting.com

## CERTIFICATE OF SERVICE

      I hereby certify that on Monday, May 19, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record:

Douglas L. Bridges
*Attorney for Vickii J. Howell and M.O.V.E. Gulf Coast CDC*
453 Dauphin Street
Mobile, Alabama 36602
Phone: (251) 289-9787
doug@adamsiplaw.com

                                          ***/s/ Joseph E. "Tripp" Watson, III***