In the United States District Court
for the Northern District of Alabama,
Southern Division

| | |
|---|---|
| **Studiorotan LLC,** *Plaintiff,* v. **Vickii J. Howell and M.O.V.E. Gulf Coast CDC,** *Defendants.* | Case 2:25-CV-00020-GMB |

RULE 26(f) REPORT OF PARTIES' PLANNING MEETING

Pursuant to Rule 26(f) of the Alabama Rules of Civil Procedure, the parties conferred on July 14, 2025, via phone call and now submit the following joint report and discovery plan:

1. **Parties and Counsel:**

- **Plaintiff:** Studiorotan LLC
  **Counsel:** Tripp Watson, Madison Thomas

- **Defendants:** Vickii J. Howell and M.O.V.E. Gulf Coast CDC
  **Counsel:** Douglas Bridges

2. **Nature of the Case**

Plaintiff alleges breach of contract, copyright infringement, unjust enrichment, tortious interference with business relations, and defamation arising from a design competition organized in partnership with Defendants. Plaintiff

seeks damages, injunctive relief, and statutory and enhanced damages under the Copyright Act.

Defendants deny the allegations and assert general and specific defenses.

3. **Initial Disclosures**

The parties will serve Rule 26(a)(1) initial disclosures on or before August 7, 2025.

4. **Discovery Plan**

The parties propose the following discovery plan:

   a. **Discovery Subjects:**
   Discovery will be needed on the following non-exclusive topics:

   i. Contract formation, performance, and alleged breaches

   ii. Creation, ownership, and use of intellectual property

   iii. Communications between the parties

   iv. Third-party funding and grant applications

   v. Alleged defamatory statements

   vi. Damages and mitigation

   b. **Completion Deadline:**

   i. All discovery shall be commenced in time to be completed by March 22, 2026.

    ii. Depositions (number): Maximum of 5 depositions by each party, unless extended by agreement of the parties.

    iii. Depositions (length): Maximum deposition length of 7 hours per deposition, unless extended by agreement of the parties.

    iv. Interrogatories: Maximum of 35 interrogatories by each party, with responses due within 30 days of service.

    v. Requests for Production: Maximum of 25 requests for production by each party, with responses due within 30 days of service.

    vi. Requests for Admission: Maximum of 40 requests for admission by each party, with responses due within 30 days of service.

    vii. Disclosure of Reports from Expert Witnesses:

        1. Plaintiff: October 22, 2025

        2. Defendant: November 21, 2025

        3. Supplementation under Rule 26(e): February 18, 2026

**5. <u>Other Items</u>**

a. Plaintiff shall have 90 days from the filing of this report to amend its pleadings or add additional parties.

b. Defendant shall have 120 days from the filing of this report to amend its pleadings or add additional parties.

c. Dispositive motions shall be filed by June 14, 2026. All responses thereto shall be filed 14 days after service of the motion.

d. The parties do believe this case is currently suited for settlement and

are currently in the works of determining settlement but will continue to assess the case's suitability for both settlement and trial after sufficient discovery is completed.

e. Final lists of witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed 30 days before trial. Parties have 7 days after service of final witnesses and exhibits to serve objections under Fed. R. Civ. P. 26(a)(3) and to file motions in limine. Objections as to authenticity of exhibits must be filed within 7 days of receipt of final lists. All other objections to exhibits will be reserved until trial.

f. Pre-Trial conference requested 14 days before trial.

## 6. Trial Date

The parties request that the case be set for trial in 12–14 months, on or after August 14, 2026. Trial is expected to last 3–5 days. Plaintiff has demanded a jury trial.

Respectfully submitted,
**/s/ *Joseph E. "Tripp" Watson, III***
Joseph E. "Tripp" Watson, III
twatson@iplawconsulting.com


**/s/ *Madison J. Thomas***
Madison J. Thomas
mthomas@iplawconsulting.com

Attorneys for Studiorotan, LLC

*Of Counsel*
Intellectual Property Consulting
2007 3rd Avenue N
Birmingham, AL 35203
205.545.7278

**_/s/Douglas L. Bridges**_____

        Douglas L. Bridges
        doug@adamsiplaw.com

        Attorney for Vickii J. Howell and
        M.O.V.E. Gulf Coast CDC

453 Dauphin Street, 2nd Floor
Mobile, Alabama 36602
Phone: (251) 289-9787

## CERTIFICATE OF SERVICE

    I hereby certify that on Thursday, July 24, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

Douglas L. Bridges
Attorney for Vickii J. Howell and M.O.V.E. Gulf Coast CDC
453 Dauphin Street, 2nd Floor
Mobile, Alabama 36602
Phone: (251) 289-9787
doug@adamsiplaw.com

        ***/s/ Joseph E. "Tripp" Watson, III***