FILED

2026 Mar-17  PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

In the United States District Court
for the Northern District of Alabama,
Southern Division

| | |
|---|---|
| **Studiorotan LLC,** <br> *Plaintiff,* <br><br> v. <br><br> **Vickii J. Howell and** <br> **M.O.V.E. Gulf Coast CDC,** <br> *Defendants*. | Case 2:25-CV-00020-GMB |

### MOTON TO WITHDRAW AS PLAINTIFF'S COUNSEL AND TO EXTEND DEADLINES

COMES NOW undersigned counsel, pursuant to Doc. 24, § III.E, and respectfully moves the Court for leave to withdraw as counsel of record for Studiorotan LLC. In support of this Motion, counsel states as follows:

1. Undersigned counsel has represented Studiorotan LLC in the above-styled matter.

2. An irreconcilable breakdown of the attorney-client relationship has occurred, making continued representation impracticable.

3. Withdrawal at this time will not prejudice either party, and the client will retain the ability to secure substitute counsel.

4. The client's complete contact information is as follows:

Studiorotan LLC

5739 9th Avenue S

Birmingham, AL 35212

5. Pursuant to Doc. 24, § III.E, undersigned counsel certifies that a copy of this Motion has been served upon the client and that the client has been informed of its right to file an objection with the Court within fourteen (14) days of the date of notification.

6. Further, counsel would move to continue all deadlines and hearings for sixty (60) days to permit Studiorotan, LLC to retain substitute counsel. A short continuance will not prejudice any party to this action.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion to Withdraw and enter an Order permitting counsel to withdraw from further representation in this matter.

Respectfully submitted,
**/s/ Joseph E. "Tripp" Watson, III**
Madison Thomas
twatson@iplawconsulting.com
**/s/ Madison J. Thomas**
Madison J. Thomas
mthomas@iplawconsulting.com
*Attorneys for Plaintiff*

*Of Counsel*
Intellectual Property Consulting
2007 3rd Avenue North
Birmingham, AL 35203
205.545.7278

CERTIFICATE OF SERVICE

I certify that on Tuesday, March 17, 2026, I served a copy of this document on the parties listed below by Electronic Filing and electronic mail:

Douglas L. Bridges
*Attorney for Defendants*
453 Dauphin Street
Mobile, Alabama 36602
doug@adamsiplaw.com

StudioRotan LLC

5739 9th Avenue S
Birmingham, AL 35212
Rkemprotan1@outlook.com

*/s/ Joseph E. "Tripp" Watson, III*

*/s/ Madison J. Thomas*