FILED

2026 Mar-18  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VOCKII J. HOWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Motion to Withdraw as Plaintiff's Counsel and to Extend Deadlines. Doc. 51.  The motion explains that "[a]n irreconcilable breakdown of the attorney-client relationship has occurred, making continued representation impracticable." Doc. 51 at 1.  The motion further states that counsel has served a copy of the motion on Studiorotan and notified it of the right to file an objection within 14 days. Doc. 51 at 2.  Counsel also requests a continuance of all deadlines for 60 days to permit Studiorotan to retain substitute counsel. Doc. 51 at 2.  The motion is due to be denied at this time.

A corporate entity may not represent itself. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).  No other counsel has appeared for Studiorotan and it cannot proceed *pro se*.  The court also denies the motion to extend deadlines at this time, but either party may file a motion to extend the remaining deadlines in

this action after the appearance of new counsel.

Accordingly, it is ORDERED that the Motion to Withdraw as Plaintiff's Counsel and to Extend Deadlines (Doc. 51) is DENIED with leave to refile after the appearance of substitute counsel for Studiorotan.

DONE and ORDERED on March 18, 2026.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE

2