## REQUEST BY NON-PRISONER PRO SE PARTY
## FOR ELECTRONIC NOTICING IN CIVIL CASES

Case Number 2:25-CV-0002 GMBED

This form is to be used when requesting notice of filing be received electronically. The following information is required:

Personal Information

First Name _Renée_  Middle Name _____

Last Name _Kemp-Rotan_  Generation _____

City _Birmingham_  State _AL_  Zip Code _35212_

Telephone Number _205 253-1165_

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents

E-mail address designated for noticing:

_rkemprotan1@outlook.com_

**Note:** **You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address.**

E-mail type:

☒  HTML – Recommended for most e-mail clients

☐  Plain Text – Recommended for email accounts unable to process HTML e-mail

By submitting this request form, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice of Electronic Filing will allow one free look at the document, and any attached .PDF may be printed or saved. After the free look viewing, a user must have a PACER account to query documents in the case. To register for PACER, a user must complete the on-line form or submit a registration form available on the PACER website http://www.pacer.gov.

_3-30 26_  _RR Rotan_

Date            Participant Signature

# UNITED STATES DISTRICT COURT

Hugo Black Federal Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203



## NOTICE TO PRO-SE NON-PRISONER PARTIES REPRESENTING THEMSELVES IN CIVIL CASES

The United States District Court would like to encourage pro se parties to take advantage of receiving immediate notice of public documents filed in their civil cases. Notices of electronic filing (NEF) and attached documents for attorney, pro se and court entries would be transmitted electronically to a non-prisoner pro se party who selects this option. Note: The pro se party would continue to file their documents with the Clerk's Office in paper form.

Parties who are entitled to documents as part of their legal proceedings receive **one (1)** free copy by email. You may save or print this document the **first** time you view it.

Parties who wish to receive filed documents electronically must have the following:
- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents

To request notices of filing electronically, a completed Request by Non-Prisoner Pro Se Party for Electronic Noticing form must be submitted to the Clerk's Office.

## IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

You will received one "free" look of the document. This free look must be viewed within 14 days. You must only **single-click** the hyperlink; double-clicking will lose the free look. You will have to obtain a copy through PACER and may be charged for the copy. Please visit http://www.pacer.gov for billing details.

As with your mailing address, you must file a notice if your email address changes to ensure your noticing is not interrupted. A docket entry detailing undeliverable emails will be entered to the case.