UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VICKII J. HOWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court are two documents filed by Renee Kemp-Rotan, who operates Plaintiff Studiorotan LLC. Docs. 53 & 54.  The first is her response to the Motion to Withdraw filed by Studiorotan's attorney. Doc. 53.  The second is a request to receive electronic notices of filings in this case. Doc. 54. The court addresses each filing below.

In her response to the motion to withdraw, Kemp-Rotan requests that the court deny the motion, order Studiorotan's attorney to accept her preferred payment plan, and extend the discovery deadline. Doc. 53 at 3.  First, the court already denied the motion to withdraw because a corporate entity cannot represent itself. *See* Doc. 52. Next, the court understands Kemp-Rotan's position with respect to her financial arrangements but will not intervene in this dispute.  Finally, Kemp-Rotan is not an attorney and cannot represent Studiorotan or speak for Studiorotan before the court,

including to request an extension of a deadline on its behalf. The court will consider any renewed motion to extend the deadlines filed by current or substitute counsel.

Second, the court will not permit Kemp-Rotan to receive electronic notifications from the court. Kemp-Rotan is not a party to this action and, as a non-lawyer, cannot represent Studiorotan.

DONE and ORDERED on March 31, 2026.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE