UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VICKII J. HOWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Renewed Motion to Withdraw as Plaintiff's Counsel and to Extend Deadlines. Doc. 56. While the court understands the predicament in which counsel for Studiorotan LLC finds himself, the court's hands are tied. A corporate entity may not represent itself, so Studiorotan cannot proceed without counsel. Accordingly, this portion of the motion is due to be denied.

The court will, however, grant the request to extend the deadlines by 60 days. Renee Kemp-Rotan represented to the court that the expired discovery deadline has been an impediment to retaining new counsel. *See* Doc. 53 at 3. The extension eliminates this concern.

Finally, the court warns Studiorotan that its failure to secure new counsel and continue in the pursuit of its claims may result in a dismissal without prejudice for failure to prosecute.

Accordingly, it is ORDERED that the Renewed Motion to Withdraw as Plaintiff's Counsel and to Extend Deadlines (Doc. 56) is GRANTED in part and DENIED in part as follows:

1. The portion of the motion seeking to withdraw as counsel is DENIED with leave to refile after the appearance of substitute counsel for Studiorotan.

2. The portion of the motion seeking an extension of deadlines is GRANTED. The discovery deadline is continued to **June 1, 2026,** and the dispositive motion deadline is **July 30, 2026**.

DONE and ORDERED on April 2, 2026.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE