Outlook

## Fw: STUDIOROTAN RESPONSE TO : Activity in Case 2:25-cv-00020-GMB Studiorotan LLC v. Howell et al Motion to Withdraw as Attorney

FILED

2026 APR 15 A 10: 19

U.S. DISTRICT COURT
N.D. OF ALABAMA

**From** Renee Kemp Rotan <rkemprotan1@outlook.com>

**Date** Tue 4/14/2026 4:10 PM

**To** borden_chambers@alnd.uscourts <borden_chambers@alnd.uscourts>; Tripp Watson <twatson@iplawconsulting.com>; Candricka Sutton <csutton@iplawconsulting.com>; Renee Kemp Rotan <rkemprotan1@outlook.com>

📎 2 attachments (337 KB)

2026-03-31 Renewed Motion to Withdraw.pdf; 2026-03-31 Order.pdf;

*Renee Kemp-Rotan*

**From:** Renee Kemp Rotan <rkemprotan1@outlook.com>
**Sent:** Tuesday, April 14, 2026 3:35 PM
**To:** Renee Kemp Rotan <rkemprotan1@outlook.com>
**Subject:** Fw: Activity in Case 2:25-cv-00020-GMB Studiorotan LLC v. Howell et al Motion to Withdraw as Attorney

**Dear Judge Borden**
1.Thank you for responding to my concerns about my case 2:25-cv-00020-GMB studiorotan LLC v. Howell et al Motion to Withdraw as Attorney. I had no idea that I could not file an Objection to Withdraw as an individual-- as I was still looking for a replacement attorney to Tripp Watson/IPC, at that time. I do apologize to the court for that breach of protocol.
Needless to say this entire legal matter has been mind-boggling and quite expensive for me—without result.

2.**studiorotan** has been pursing Howell and MOVE CDC for months-- if not years for their: 1. renege on full payment for my services as Professional Competition Advisor to the highly successful Africatown International Design Idea Competition; 2. COPYRIGHT INFRINGEMENT; 3. NON PAYMENT TO GLOBAL DESIGN JURORS, 4. DEFAMATION OF MY PROFESSIONAL CHARACTER WITH World Monuments Fund, INTERFERENCE IN the GRANT I wrote to National Endowment for the Arts and continued use of my material for Howell and MOVE CDC.

3.**Please note** that i have indeed been looking for a substitute lawyer and arduous task.
However do know that I am still interested in the 60 date extension that IPC offered to find an attorney and get an extension so that my case does not fully fall through the cracks.

4.**Here is the proof of my search for a replacement firm**- and these are the legal organizations I have solicited for help in finding a replacement lawyer with specialty in IP.
- Birmingham Bar Association
- Alabama Bar Association

- Justia List Of Birmingham Intellectual Property Lawyers
- USPTO for Pro Bono Assistance for Seniors
- Alabama Law U of A Entreprenenership & Non Profit Clinic
- state Of Alabama Lawyer Referral Service
- Justice 4 AL
- Alabama Dept of Senior Services/Legal Asistance
- Alabama Legal Help Advanced Sarch
- Birmingham Office
- Maynard Cooper
- Balch and Burnham
- Elder Law
- Volunteer Lawyers

**5. I do not intend to give up on my court case and sincerely regret that i could not go forward with Tripp Watson and the IPC Firm.**
Mr. Watson has said that if his fees were not paid in full- then he would pursue an Attorneys Lien.
Though that was not the only option he first presented to me.
It was either pay him $5K a month to go forward or revert to the $750 a month to retire the almost $40 K in attorneys fees.

**6. YET, In the last few moments of this 14th day. I may have found a replacement attorney-- a <u>Mr. Gerard Truesdale.</u>**
However, I will not know until the end of this week as to whether Mr. Truesdale will say yes to being my new attorney.
I also do not know if Mr. Watson is putting an Attorney's Lien on my files, as he has suggested

**7. Therefore, Judge Borden, please know that I NOW HUMBLY REQUEST you to:**
   (1) <u>Not to make a ruling  ON Mr. Watsons Renewed Request for Withdrawal  for another 7 days</u> and
   (2) Respond to my most humble request for <u>an added 60 day extension</u> from your court --to get this case back on track.

Please respond to my plea.
Most sincerely
Renee Kemp Rotan
Urban Designer Master Planner
                                        SEE BIO
PLAINTIFF IN CASE
2:25-CV-00020-GMB STUDIOROTAN LLC V. Howell

RKEMPROTAN1@OUTLOOK.COM
205253 1165

**From:** Tripp Watson <twatson@iplawconsulting.com>
**Sent:** Tuesday, March 31, 2026 5:29 PM
**To:** Renee Kemp Rotan <rkemprotan1@outlook.com>
**Cc:** Candricka Sutton <csutton@iplawconsulting.com>; Madison Thomas <mthomas@iplawconsulting.com>
**Subject:** FW: Activity in Case 2:25-cv-00020-GMB Studiorotan LLC v. Howell et al Motion to Withdraw as Attorney

Renee,

Please see the attached pleadings, which were filed today.

**From:** cmecf_ALND@alnd.uscourts.gov <cmecf_ALND@alnd.uscourts.gov>
**Date:** Tuesday, March 31, 2026 at 5:27 PM
**To:** ecfAdmin@alnd.uscourts.gov <ecfAdmin@alnd.uscourts.gov>
**Subject:** Activity in Case 2:25-cv-00020-GMB Studiorotan LLC v. Howell et al Motion to Withdraw as Attorney

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**
**Northern District of Alabama**

**Notice of Electronic Filing**

The following transaction was entered by Watson, Joseph on 3/31/2026 at 5:26 PM CDT and filed on 3/31/2026

**Case Name:** Studiorotan LLC v. Howell et al
**Case Number:**
**Filer:** Studiorotan LLC
**Document Number:**

**Docket Text:**
MOTION to Withdraw as Attorney by Studiorotan LLC. (Watson, Joseph)

**2:25-cv-00020-GMB Notice has been electronically mailed to:**

Douglas Bridges     doug@adamsiplaw.com

Joseph Ellis Watson , III     twatson@iplawconsulting.com

Madison Thomas     mthomas@iplawconsulting.com

**2:25-cv-00020-GMB Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078951271 [Date=3/31/2026] [FileNumber=6426350-0
] [9bb8c72f2e4d1048d9c16c12ed59bffdfdb200139447c855923bb333bd0ef92eb65
467b6988c8f91d7bd56231e24b75a0e37ff68bd3efcdf14f91f3cf01aa888]]