UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VICKII J. HOWELL, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

## __ORDER__

Before the court is a notice filed by Renee Kemp-Rotan, operator of Plaintiff Studiorotan. Doc. 58.  As explained in a prior order (Doc. 55), Kemp-Rotan is not an attorney and cannot speak for Studiorotan before the court.  For the same reason, she may not file documents on behalf of Studiorotan—that is the responsibility of Studiorotan's counsel.  Counsel also has a duty to timely advise Studiorotan of all orders of this court and any filings by opposing counsel.[1]

The court again advises Studiorotan to retain new counsel in order to pursue its claims.  Failure to do so may result in the dismissal of its claims for failure to prosecute. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385–86 (11th Cir. 1985) (upholding district court's dismissal of corporate claims for failing to retain an attorney).

---

[1] Based on her recent filing, Kemp-Rotan may not have been aware of the 60-day extension to the discovery and dispositive motion deadlines granted on April 2, 2026.

DONE and ORDERED on April 17, 2026.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE