# IN THE UNITED STATES DISTRICT COURT  FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:25-cv-00020-GMB |
| v. | ) | |
| VICKII J. HOWELL and M.O.V.E. | ) | |
| GULF COAST CDC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Gerard Truesdale and hereby enters his appearance as counsel of record for Plaintiff Studiorotan LLC in the above-styled matter, replacing prior counsel Joseph E. "Tripp" Watson III and Madison J. Thomas of Intellectual Property Consulting.

Counsel respectfully requests that all future notices, filings, orders, and correspondence from the Court and from opposing counsel be directed to the undersigned at the contact information below.

Respectfully submitted,

/s/ Gerard Lynn Truesdale
Gerard Lynn Truesdale, Esq.
Alabama State Bar No. 951710BT

Attorney Gerard L. Truesdale, PLLC
120 19th Street North, Suite 201
Birmingham, Alabama  35203
Direct: (205) 335-0072

Email: gerardt@attorneytruesdale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/30/26, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon the following via the Court's CM/ECF electronic filing system and/or electronic mail:

Douglas L. Bridges Attorney for Defendants 453 Dauphin Street Mobile, Alabama 36602 doug@adamsiplaw.com

Joseph E. "Tripp" Watson, III / Madison J. Thomas Intellectual Property Consulting 2007 3rd Avenue North Birmingham, Alabama 35203 twatson@iplawconsulting.com mthomas@iplawconsulting.com