FILED
2026 May-07 AM 08:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VICKII J. HOWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is Plaintiff Studiorotan LLC's Motion for Extension of All Remaining Case Deadlines. Doc. 61. Specifically, Studiorotan, through its new counsel, requests a 60-day extension of the discovery and dispositive motion deadlines. Doc. 61. The motion is due to be denied but with leave to refile.

The court understands the need for new counsel to get up to speed on discovery and other matters in this case. The problem, however, is that the motion relies on old deadlines. It does not take into consideration the Order of April 2, 2026, which extended the remaining deadlines by 60 days such that the current discovery deadline is June 1, 2026 and the dispositive motion deadline is July 30, 2026. Doc. 57. Based on these deadlines, the motion does not establish that the necessity of a continuance. The court will, however, entertain another motion to extend these deadlines for good cause.

Finally, it appears that Studiorotan believes there is a pending motion to withdraw filed by its former counsel. Doc. 61 at 2. This is incorrect. Instead, the court previously denied the motion to withdraw with leave to refile after the appearance of substitute counsel. Doc. 57 at 2.

For these reasons, it is ORDERED that the Motion for Extension of All Remaining Case Deadlines (Doc. 61) is DENIED with leave to refile.

DONE and ORDERED on May 7, 2026.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE