FILED

2026 May-15  AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VICKII J. HOWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is Plaintiff Studiorotan LLC's Amended Motion for Extension of All Remaining Case Deadlines.[1] Doc. 68.  Studiorotan, through its new counsel, requests a 60-day extension of all remaining deadlines. Doc. 61.  Based on the representations made in the motion, it is due to be granted.  The court does not anticipate the need for any further extensions and will consider another motion to extend these deadlines only for good cause.

Accordingly, it is ORDERED as follows:

1.      All discovery must be commenced in time to be completed by **July 31, 2026**.

2.      Supplementation of disclosures and discovery under Fed. R. Civ. P.

---

[1] The motion does not indicate whether it is opposed or unopposed.  The court directs counsel to the Initial Order (Doc. 24) and warns that the failure to follow its instructions could lead to a summary denial of any future motions.

26(e) is due within a reasonable period of time after discovery of such information, but all such supplementation shall be provided by **June 30, 2026.**

    3.    All potentially dispositive motions must be filed no later than **September 28, 2026**.

    DONE and ORDERED on May 15, 2026.

_____

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE