UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VICKII J. HOWELL, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

Plaintiff Studiorotan LLC has filed an Amended Complaint.[1] Doc. 71. Under Federal Rule of Civil Procedure 15(a)(1), however, Studiorotan did not have the right to amend as a matter of course. Studiorotan did not seek leave of court to file its amended complaint as required by the Scheduling Order (Doc. 47 at 1) and Rule 15(a)(2).[2] Nor did Studiorotan attempt to adhere to Rule 16(b)(4), which allows for modification of a scheduling order "only for good cause and with the judge's consent."

For these reasons, it is ORDERED that the Clerk of Court shall STRIKE the amended complaint (Doc. 71) for failure to follow the Scheduling Order and Federal

---

[1] Although Studiorotan filed the document as a "First Motion to Amend/Correct," the title of the document is "Plaintiff's First Amended Complaint," and the filing does not seek leave of court.
[2] The amended complaint does not state that Studiorotan obtained the opposing party's written consent to file it.

Rules of Civil Procedure 15 and 16.

DONE and ORDERED on June 5, 2026.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE