FILED
2026 Jul-05 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **STUDIOROTAN LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:25-cv-00020-GMB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VICKII J. HOWELL and M.O.V.E. GULF COAST CDC,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY AND NOTICE OF EXECUTED COPYRIGHT ASSIGNMENT</u>**

Plaintiff Studiorotan LLC respectfully submits this Notice to inform the Court that Plaintiff has executed and perfected a written copyright assignment satisfying the requirements of 17 U.S.C. § 204(a), and to place that assignment on the record in connection with Count II (Copyright Infringement) of Plaintiff's original Complaint (Doc. 1), which remains the operative pleading following this Court's Order of June 24, 2026 (Doc. 76).

In their Response in Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint, Defendants argued that the proposed copyright infringement counts were futile because the copyright registrations at issue are held in the name of Renee Kemp-Rotan individually rather than Studiorotan LLC, and that no written assignment existed as required by 17 U.S.C. § 204(a). Doc. 75 at 5. Although this

Court denied the motion to amend on procedural grounds (Doc. 76), Count II of the original Complaint remains pending and Defendants' § 204(a) challenge constitutes a live issue. Plaintiff files this Notice to establish that the standing defect, to the extent it existed, has been fully and formally cured.

On June 15, 2026, Renee Kemp-Rotan executed a written Copyright Assignment Agreement formally transferring to Studiorotan LLC all right, title, and interest in the copyright in the works at issue in this litigation, effective nunc pro tunc as of the date of creation of each work, including:

(a) Eight (8) original promotional animations registered with the United States Copyright Office under Registration No. PAu004210458, "The Africatown International Design Idea Competition Why A Competition and 7 Other Unpublished Works" (Effective Date: January 11, 2024);

(b) The Africatown International Design Idea Competition Site Programs, registered under Registration No. TXu2484800 (Effective Date: April 27, 2025);

(c) Africatown Design Competition Poster 1 and Africatown Design Competition Poster 2, registered under Registration Nos. VAu001521715 and VAu001521718 respectively (both effective January 11, 2024); and

(d) All other original works of authorship created by Renee Kemp-Rotan in connection with The Africatown International Design Idea Competition, whether registered or unregistered.

The Copyright Assignment Agreement was signed by Renee Kemp-Rotan in both her individual capacity as Assignor and as Managing Member of Studiorotan LLC as Assignee, and was acknowledged before a Notary Public in Jefferson County, Alabama on June 15, 2026. A true and correct copy of the executed and notarized Copyright Assignment Agreement is attached hereto as Exhibit A.

On June 29, 2026, Renee Kemp-Rotan executed a Corrective Addendum to the Copyright Assignment Agreement (the "Addendum"). The Addendum (i) corrects the registration number for the Site Programs to TXu2484800; (ii) clarifies that Registration No. PAu004210458 covers the group of eight animation works; and (iii) formally adds the two poster registrations (Nos. VAu001521715 and VAu001521718) to the scope of the assignment. The Corrective Addendum was signed by Renee Kemp-Rotan in both capacities described above and acknowledged before a Notary Public in Jefferson County, Alabama on June 29, 2026. A true and correct copy of the executed and notarized Corrective Addendum is attached hereto as Exhibit B.

Together, the Copyright Assignment Agreement (Exhibit A) and the Corrective Addendum (Exhibit B) constitute a complete, valid, written assignment of copyright satisfying 17 U.S.C. § 204(a). The assignment expressly includes the right to sue for past, present, and future infringement of the assigned works, including all acts of infringement occurring prior to the date of execution. See Eden Toys, Inc. v. Florelee Undergarment Co., 697 F.2d 27, 36 (2d Cir. 1982) (written assignment executed after suit is filed may be considered to confirm a pre-existing transfer of copyright ownership and cure a § 204(a) standing defect). The assignment is being submitted for recordation with the United States Copyright Office pursuant to 17 U.S.C. § 205.

Studiorotan LLC is the lawful owner of the copyright in all works at issue in Count II of the original Complaint by virtue of a written assignment effective nunc pro tunc as of the date of creation of each work. Defendants' § 204(a) standing argument has been cured as a matter of law. Plaintiff respectfully requests that the Court take notice of the executed Copyright Assignment Agreement and Corrective Addendum as establishing Studiorotan LLC's standing to pursue Count II of the original Complaint (Doc. 1).

Respectfully submitted,

*/s/ Gerard Lynn Truesdale*

**Gerard Lynn Truesdale, Esq.**
Alabama State Bar No. 951710BT
Attorney Gerard L. Truesdale, PLLC
120 19th Street North, Suite 201, Birmingham, Alabama 35203
Direct: (205) 335-0072 | gerardt@attorneytruesdale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2026, a true and correct copy of the foregoing Notice, together with Exhibits A and B attached thereto, was served upon all counsel of record via the Court's CM/ECF electronic filing system:

Douglas L. Bridges, Esq. | ADAMSIP, LLC | 453 Dauphin Street, Mobile, Alabama 36602 | doug@adamsiplaw.com

*/s/ Gerard Lynn Truesdale*
Gerard Lynn Truesdale, Esq.