FILED
2026 Jul-05 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# COPYRIGHT ASSIGNMENT AGREEMENT

This Copyright Assignment Agreement (this "Agreement") is entered into as of the date last signed below, by and between:

Renee Kemp-Rotan, an individual residing in the State of Alabama ("Assignor"); and

Studiorotan LLC, an Alabama limited liability company with its principal place of business in Birmingham, Alabama ("Assignee").

## RECITALS

WHEREAS, Assignor is a professional urban designer, master planner, and competition advisor who, beginning in September 2018, conceived, developed, authored, and administered the Africatown International Design Idea Competition (the "Competition") through Studiorotan LLC;

WHEREAS, Assignor is the author and copyright owner of certain original works of authorship created in connection with the Competition, including works registered with the United States Copyright Office;

WHEREAS, Assignor is the sole member and principal of Assignee, Studiorotan LLC, and all works described herein were created by Assignor in her capacity as principal of and through Studiorotan LLC in furtherance of its business;

WHEREAS, Assignor and Assignee intend to confirm and formalize the assignment of all copyright in those works to Studiorotan LLC for all purposes, including for purposes of 17 U.S.C. § 204(a);

NOW, THEREFORE, in consideration of the mutual promises set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

## AGREEMENT

### 1. Assignment of Copyright.

Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all right, title, and interest in and to the copyright in the following works, including all exclusive rights under 17 U.S.C. § 106, all rights to sue for past, present, and future infringement, and all rights to register and maintain registrations in the United States and worldwide (collectively, the "Assigned Works"):

(a) The Africatown International Design Idea Competition Site Design Programs, registered with the United States Copyright Office under the following registration numbers:

Registration No. PAu004210458
Registration No. PA0002454987
Registration No. PA0002454988
Registration No. PA0002454989

(b) Nine original high-definition promotional animations authored by Renee Kemp-Rotan to promote the Competition internationally (the "Animations"), whether or not separately registered, including all original expression, footage, graphics, and audiovisual content therein; and

(c) All other original works of authorship created by Renee Kemp-Rotan in connection with the Competition, including without limitation the Competition's creative framework, design programs, competition briefs, branding materials, promotional content, grant application content, evaluation rubrics, jury structure documentation, and all derivative works thereof, whether registered or unregistered.

### 2. Effective Date of Assignment.

This assignment is effective as of the date the Assigned Works were created, and is intended to confirm and formalize that the copyright in the Assigned Works has at all times been held for the benefit of and on behalf of Studiorotan LLC. To the extent any copyright in the Assigned Works was ever held by Renee Kemp-Rotan in her individual capacity, it is hereby assigned to Studiorotan LLC nunc pro tunc as of the date of creation of each respective work.

### 3. Rights to Sue for Infringement.

This assignment expressly includes the right to sue for past, present, and future infringement of the Assigned Works, including all infringement that occurred prior

to the date of this Agreement, and the right to collect and retain all damages, profits, and other remedies for such infringement.

**4. Further Assurances.**

Assignor agrees to execute any additional documents, instruments, or registrations, and to take any further actions, reasonably necessary to effectuate the purposes of this Agreement, including executing any recordation documents for filing with the United States Copyright Office under 17 U.S.C. § 205.

**5. Recordation.**

Assignee is authorized to record this Agreement with the United States Copyright Office pursuant to 17 U.S.C. § 205. Assignor shall cooperate fully with any such recordation.

**6. Representations and Warranties.**

Assignor represents and warrants that: (a) she is the sole author and original copyright owner of the Assigned Works; (b) she has the full right and authority to enter into this Agreement and to make the assignment set forth herein; (c) the Assigned Works do not infringe any third-party copyright, trademark, or other intellectual property right; and (d) she has not previously assigned, licensed, or encumbered the copyright in the Assigned Works in any manner inconsistent with this Agreement.

**7. Governing Law.**

This Agreement shall be governed by the laws of the State of Alabama and applicable federal copyright law.

**8. Entire Agreement.**

This Agreement constitutes the entire agreement between the parties with respect to the assignment of copyright in the Assigned Works and supersedes all prior understandings, whether written or oral, regarding the same subject matter.

IN WITNESS WHEREOF, the parties have executed this Copyright Assignment Agreement as of the date last written below.

______________________________

JACOB WATSON
MY COMMISSION EXPIRES 11-07-2028
NOTARY PUBLIC
ALABAMA STATE AT LARGE

Renee Kemp-Rotan, Individually (Assignor)

Date: 6/15/26

RK Rotan

Renee Kemp-Rotan, Managing Member, Studiorotan LLC (Assignee)

Date: 6/15/26

**ACKNOWLEDGMENT / NOTARIZATION**

STATE OF ALABAMA

COUNTY OF Jefferson

Before me, the undersigned Notary Public, personally appeared Renee Kemp-Rotan, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same for the purposes and consideration therein expressed, in both her individual capacity and as Managing Member of Studiorotan LLC.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 15 day of June, 2026.

Notary Public, State of Alabama

My Commission Expires: 11/7/28