FILED
2026 Jul-05 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

Assignor authorizes Assignee and Assignee's counsel to record this Addendum, together with the Original Agreement, with the United States Copyright Office pursuant to 17 U.S.C. § 205, and to take such other steps as may be necessary to perfect the assignment of copyright in the works identified herein and in the Original Agreement.

**6. Counterparts.**

This Addendum may be executed in counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument. Electronic and notarized signatures shall be valid.

* * *

IN WITNESS WHEREOF, the parties have executed this Corrective Addendum as of the date last signed below.

| ASSIGNOR: | ASSIGNEE: |
| --- | --- |
| RKRotan | Studiorotan LLC |
| Renee Kemp-Rotan, Individually | RKRotan<br>By: Renee Kemp-Rotan, Managing Member |
| Date 6/29/26 | Date 6/29/26 |

**NOTARY ACKNOWLEDGMENT**

STATE OF ALABAMA

COUNTY OF JEFFERSON

Before me, the undersigned Notary Public in and for said State and County, personally appeared RENEE KEMP-ROTAN, known to me to be the person whose name is subscribed to the foregoing instrument both as Assignor individually and as Managing Member of Studiorotan LLC, and she acknowledged to me that she executed the same for the purposes and consideration therein expressed and in the capacities therein stated.

Given under my hand and official seal this 29 day of June, 2026.

Notary Public — State of Alabama

My Commission Expires: 5-12-29

MATTHEW ADAM BARRETT
Notary Public
Alabama State at Large