FILED
2026 Jul-15 AM 06:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Outlook

## Studiorotan v. Howell et al - Service of Discovery

**From** Doug Bridges <doug@adamsiplaw.com>
**Date** Tue 5/12/2026 3:33 PM
**To** gerardt@attorneytruesdale.com <gerardt@attorneytruesdale.com>

1 attachment (130 KB)
RFPs and ROGs to Studiorotan.pdf;

Counsel,
Attached please find Defendants' first set of interrogatories and requests for production to Plaintiff Studiorotan.

Best regards,
Douglas Bridges, Esq.

ADAMS·IP
INTELLECTUAL PROPERTY & BUSINESS LAW
Cell: (251) 533-0461 | Mobile, AL: (251) 289-9787 | Direct: (251) 206-0379
doug@adamsiplaw.com | www.adamsiplaw.com

CONFIDENTIALITY: This email may be confidential and may contain information which is protected under the attorney-client privilege or work product doctrine. If you are not the intended recipient, please notify the sender immediately and delete this email from your system.