FILED
2026 Jul-15 AM 06:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Outlook

**[EXTERNAL] Re: Studiorotan v. Howell et al - Service of Discovery**

**From** Attorney GT <GerardT@attorneytruesdale.com>
**Date** Tue 5/12/2026 3:35 PM
**To** Doug Bridges <doug@adamsiplaw.com>

Received. Will respond back with ours by Friday.

Thanks



**Gerard L. Truesdale**
MANAGING PARTNER | ATTORNEY GERARD L. TRUESDALE, ESQ.
mobile: +1 336-509-0073 | +1 205-335-0072
email: gerardt@attorneytruesdale.com | www.attorneytruesdale.com

On May 12, 2026, at 3:33 PM, Doug Bridges <doug@adamsiplaw.com> wrote:

Counsel,
Attached please find Defendants' first set of interrogatories and requests for production to Plaintiff Studiorotan.

Best regards,
Douglas Bridges, Esq.
<Outlook-wosyuwhx.png>
Cell: (251) 533-0461 | Mobile, AL: (251) 289-9787 | Direct: (251) 206-0379
doug@adamsiplaw.com | www.adamsiplaw.com

CONFIDENTIALITY: This email may be confidential and may contain information which is protected under the attorney-client privilege or work product doctrine. If you are not the intended recipient, please notify the sender immediately and delete this email from your system.
<RFPs and ROGs to Studiorotan.pdf>