FILED
2026 Jul-15 AM 06:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**ATTORNEY GERARD L. TRUESDALE, PLLC**
120 19th Street North, Suite 201 | Birmingham, Alabama 35203
(205) 335-0072 | gerardt@attorneytruesdale.com

---

July 3, 2026

BY EMAIL - doug@adamsiplaw.com

Douglas L. Bridges, Esq.
ADAMSIP, LLC
453 Dauphin Street
Mobile, Alabama 36602

**RE:** ***Studiorotan LLC v. Vickii J. Howell, et al.*, No. 2:25-cv-00020-GMB (N.D. Ala.)**
**Response to Rule 37(a)(1) Letter of July 2, 2026**

Dear Mr. Bridges:

Thank you for your letter of July 2, 2026. I appreciate you reaching out under Rule 37(a)(1) before filing any motion, and I want to address your concerns directly and in good faith - because good faith is exactly what this situation calls for on both sides.

Let me be candid with you about the timeline, because it matters greatly to the remedy you are seeking. Undersigned counsel entered this matter on June 15, 2026 - thirty-four days after Defendants served their discovery requests on May 12, and four days after the June 11 response deadline had already passed. I was not counsel in this case when those requests were served. I was not counsel when those responses came due. The failure to respond belongs to prior counsel, and prior counsel alone. As the Eleventh Circuit and courts across this district have recognized, a client should not be visited with the harshest sanctions of the Rules - waiver of all objections, monetary sanctions, Rule 37(d) findings - for the failures of an attorney who no longer represents her. That would be a result that neither the Federal Rules nor fundamental fairness contemplate.

You asked for responses by July 10; you will have them. Plaintiff Studiorotan LLC will serve complete, verified answers to Defendants' First Set of Interrogatories (Nos. 1–20), complete responses to Defendants' First Set of Requests for Production of Documents (Nos. 1–34), and all responsive, non-privileged documents, no later than Friday, July 10, 2026 - the very date you requested.

Sincerely,

**Gerard Lynn Truesdale, Esq.**
Alabama State Bar No. 951710BT
Attorney Gerard L. Truesdale, PLLC
Counsel for Plaintiff Studiorotan LLC

*cc: File*