FILED
2026 Jul-15 AM 06:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**LAW OFFICE OF GERARD TRUESDALE**
120 19th Street North, Suite 201 | Birmingham, Alabama 35203
(205) 335-0072 | gerardt@attorneytruesdale.com

July 14, 2026

**VIA ELECTRONIC MAIL**

Douglas L. Bridges, Esq.
ADAMSIP, LLC
453 Dauphin Street, 2nd Floor
Mobile, Alabama 36602
doug@adamsiplaw.com

Re: Studiorotan LLC v. Howell et al., No. 2:25-cv-00020-GMB
Amended Document Production — Volumes 1 and 2 — Metadata-Preserving Format

Dear Mr. Bridges:

Enclosed with this letter is Plaintiff's amended document production in response to your July 11, 2026 letter identifying concerns about document format and metadata preservation. Plaintiff has re-produced all documents in Volumes 1 and 2 in the following format:

Each document is produced as an individual, separately-named PDF file bearing its Bates range in the filename (e.g., STUDIOROTAN-0001-0044_Site_1_Design_Program.pdf). Documents that originated as electronic files have been produced as PDFs with their original document metadata — including author, creation date, and application of origin — preserved in the file properties. A Bates stamp has been applied to each page as a lightweight overlay that does not alter the underlying document content or metadata. This format is consistent with standard ESI production practice in federal court.

The prior production (single merged PDF volumes) is superseded by this amended production. The Bates numbering is continuous across both volumes (STUDIOROTAN-0001 through STUDIOROTAN-0404). A complete index of all produced documents follows below.

Please note that Plaintiff's amended, unified, and corrected Objections and Responses to Defendants' First Set of Requests for Production are being served contemporaneously with this production. Those responses supersede all prior versions and are verified by Plaintiff's sworn declaration.

## PRODUCTION INDEX — ALL DOCUMENTS

| BATES RANGE | PGS | DOCUMENT DESCRIPTION | ORIG. FORMAT |
|---|---|---|---|
| **VOLUME 1 — STUDIOROTAN-0001 through STUDIOROTAN-0215 (215 pages) — Produced with Initial Responses** | | | |
| **STUDIOROTAN-0001–0044** | 44 | Site 1 Design Program Final R10 — Africatown International Design Idea Competition | Microsoft Word 2021 |
| **STUDIOROTAN-0045–0078** | 34 | Site 2 Design Program Final R10 — Africatown International Design Idea Competition | Microsoft Word 2021 |
| **STUDIOROTAN-0079–0110** | 32 | Site 3 Design Program Final R11 — Africatown International Design Idea Competition | Microsoft Word 2021 |
| **STUDIOROTAN-0111–0152** | 42 | Site 4 Africatown Park USA R6 — Africatown International Design Idea Competition | Microsoft Word |
| **STUDIOROTAN-0153–0215** | 63 | ConsultEcon, Inc., Proposal for Strategic Planning Services — Africatown (Aug. 2022) | Adobe InDesign 2020 |
| **VOLUME 2 — STUDIOROTAN-0216 through STUDIOROTAN-0404 (189 pages) — Produced July 10, 2026** | | | |
| **STUDIOROTAN-0216–0219** | 4 | IRS Form W-9 — M.O.V.E. Gulf Coast CDC, 2019 | Microsoft Word |
| **STUDIOROTAN-0220–0228** | 9 | Nine (9) Registered Animation Stills — all created August 2022 (PAu004210458) | Electronic |
| **STUDIOROTAN-0229–0231** | 3 | Email to M.O.V.E. Board of Directors — Payment Demand, July 10, 2023 | Microsoft Word |
| **STUDIOROTAN-0234–0246** | 13 | Draft Services Agreement — MOVE CDC / Studiorotan, June 20, 2023 (with Exhibits A & B) | Microsoft Word |
| **STUDIOROTAN-0250–0250** | 1 | Studio\|rotan Invoice — June 2019 | Microsoft Word |
| **STUDIOROTAN-0254–0254** | 1 | Visuals of Copyrighted Posters — Africatown Competition Series (VAu001521715/VAu001521718) | Microsoft Word |
| **STUDIOROTAN-0262–0264** | 3 | Africatown International Competition Overview — February 2018 | Microsoft Word |
| **STUDIOROTAN-0278–0291** | 14 | Africatown Competition Website Proposal — June 2019 (Code Bright) | Microsoft Word |
| **STUDIOROTAN-0295–0315** | 21 | RKR Role as Professional Competition Advisor — Publications, Lectures, Media | Microsoft Word |
| **STUDIOROTAN-0316–0317** | 2 | Global Response to Competition Website — Countries List with RKR Credentials | Microsoft Word |
| **STUDIOROTAN-0320–0321** | 2 | ConsultEcon Scope of Work — Draft | Microsoft Word |
| **STUDIOROTAN-0328–0343** | 16 | ConsultEcon, Inc., Proposal for Africatown Strategic Planning — April 2022 | Microsoft Word |
| **STUDIOROTAN-0344–0346** | 3 | WMF World Monuments Watch — Nominator Communications Guidelines (January 2022) | Microsoft Word |
| **STUDIOROTAN-0354–0354** | 1 | Email: Renee Kemp-Rotan to Ann Cuss re Vickii Howell Overstepping Role | Microsoft Word |
| **STUDIOROTAN-0361–0365** | 5 | NEA Grant Application — Federal Form SF-424 (Draft as submitted by M.O.V.E.) | Microsoft Word |
| **STUDIOROTAN-0369–0383** | 15 | NEA Full Grant Application — Applicant Portal (authored by Renee Kemp-Rotan, App. 1921529-42) | Microsoft Word |
| **STUDIOROTAN-0389–0390** | 2 | NEA Award Letter — Notification to Renee Kemp-Rotan (M.O.V.E. awarded $25,000) | Microsoft Word |
| **STUDIOROTAN-0395–0401** | 7 | Blurb Receipts — Competition Prototype Books and Booklets | Microsoft Word |

| BATES RANGE | PGS | DOCUMENT DESCRIPTION | ORIG. FORMAT |
|---|---|---|---|
| **STUDIOROTAN-0399–0401** | 3 | MOO Receipts — Competition Promotional Cards | Microsoft Word |

Plaintiff reserves the right to supplement this production as additional documents are identified. Please confirm receipt of this transmittal and the enclosed files at your earliest convenience.

Very truly yours,

**Gerard Truesdale**
Attorney at Law
Alabama Bar No. 951710BT
*Counsel for Plaintiff Studiorotan LLC*