FILED
2026 Jul-15 AM 06:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Outlook

**Studiorotan v. Howell et al - Letter regarding discovery deficiencies**

**From** Doug Bridges <doug@adamsiplaw.com>
**Date** Sat 7/11/2026 11:29 AM
**To** Attorney GT <gerardt@attorneytruesdale.com>

3 attachments (277 KB)

DRAFT Joint Stipulation - Exhibit A.docx; DRAFT Joint Stipulation re Motion to Compel.docx; Letter to Truesdale re Discovery Deficiencies.pdf;

Counsel,
Please find attached a letter regarding the deficiencies in your recent responses to Defendants' discovery requests as per the Court's Initial Order regarding discovery disputes. In addition, as per the Court's Initial Order, I have also included a draft joint stipulation (along with Exhibit A) for filing with the Court if the parties are not able to reach agreement on all points.

As noted in the letter, I have requested a time that you are available for a meet-and-confer this Monday or Tuesday on this matter (I am also available this Sunday afternoon if that is better). If I do not hear from you on a date and time that is acceptable for the meet and confer, I will circulate a call-in for Tuesday at 11:30 a.m. Central.

Regards,
Douglas Bridges, Esq.

AIP ADAMS·IP
INTELLECTUAL PROPERTY & BUSINESS LAW
Cell: (251) 533-0461 | Mobile, AL: (251) 289-9787 | Direct: (251) 206-0379
doug@adamsiplaw.com | www.adamsiplaw.com

CONFIDENTIALITY: This email may be confidential and may contain information which is protected under the attorney-client privilege or work product doctrine. If you are not the intended recipient, please notify the sender immediately and delete this email from your system.