FILED
2026 Jul-15 AM 06:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Outlook

**[EXTERNAL] R Do you think there is any room at all for a resolution here? e: Studiorotan v. Howell et al - Letter regarding discovery deficiencies**

**From** Attorney GT <GerardT@attorneytruesdale.com>
**Date** Sun 7/12/2026 11:57 AM
**To** Doug Bridges <doug@adamsiplaw.com>

Doug,

Thank you for your letter...I have been out of town for my best friend's wedding that is in a few hours , apologize for the delay. I have reviewed it and respond as follows:

I will serve amended, corrected, unified interrogatory responses and a supplemental document production on or before July 15, 2026. I will also file a Notice of Voluntary Partial Dismissal of Count I and Count V under Rule 41(a) tomorrow morning.

I am available for the Rule 37 conference on Monday, July 14, or Tuesday, July 15. Please let me know which time works for you, and I will make myself available.

I want to address one thing if possible: Your letter states that the parties have been unable to come to a resolution. With respect, we have spoken once. I do not think one conversation constitutes an impasse, and I do not believe either side has had a genuine opportunity to explore whether this matter can be resolved short of trial. I remain open to that conversation.
On that note, I think both sides would benefit from a frank discussion about settlement. Discovery has consumed significant resources on both ends, and the cost of taking this case through trial is real for everyone involved.

My client's core interest has always been straightforward: she believes she was not paid for her work and that her intellectual property was used without her consent. Those are the issues she wants resolved.
If there is any appetite on your clients' end for a serious settlement conversation, I am prepared to have it. I would suggest we use part of the Rule 37 conference, or schedule a separate call, to have that discussion candidly and off the record if possible.

I will be in touch Monday morning with confirmation of the Rule 41(a) filing and the conference time.

**Gerard L. Truesdale**

MANAGING PARTNER | ATTORNEY GERARD L. TRUESDALE, ESQ.

mobile: +1 205-335-0072 |

email: gerardt@attorneytruesdale.com |
www.attorneytruesdale.com

IMPORTANT: The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Doug Bridges <doug@adamsiplaw.com>
**Sent:** Saturday, July 11, 2026 12:29 PM
**To:** Attorney GT <GerardT@attorneytruesdale.com>
**Subject:** Studiorotan v. Howell et al - Letter regarding discovery deficiencies

Counsel,
Please find attached a letter regarding the deficiencies in your recent responses to Defendants' discovery requests as per the Court's Initial Order regarding discovery disputes. In addition, as per the Court's Initial Order, I have also included a draft joint stipulation (along with Exhibit A) for filing with the Court if the parties are not able to reach agreement on all points.

As noted in the letter, I have requested a time that you are available for a meet-and-confer this Monday or Tuesday on this matter (I am also available this Sunday afternoon if that is better). If I do not hear from you on a date and time that is acceptable for the meet and confer, I will circulate a call-in for Tuesday at 11:30 a.m. Central.

Regards,
Douglas Bridges, Esq.

ADAMS · IP
INTELLECTUAL PROPERTY & BUSINESS LAW
Cell: (251) 533-0461 | Mobile, AL: (251) 289-9787 | Direct: (251) 206-0379
doug@adamsiplaw.com | www.adamsiplaw.com

CONFIDENTIALITY: This email may be confidential and may contain information which is protected under the attorney-client privilege or work product doctrine. If you are not the intended recipient, please notify the sender immediately and delete this email from your system.