FILED
2026 Jul-16 PM 02:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VICKII J. HOWELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the court is Plaintiff Studiorotan LLC's Motion to Extend the Discovery Deadline.[1] Doc. 78. Defendants Vickii J. Howell and M.O.V.E. Gulf Coast CDC filed a brief and evidence in opposition to the motion. Doc. 81. Studiorotan filed a reply. Doc. 84.

For good cause shown, it is ORDERED as follows:

1. The Motion to Extend the Discovery Deadline (Doc. 78) is GRANTED. All discovery must be commenced in time to be completed by **August 31, 2026**.

2. There will be no further extensions of this deadline absent extraordinary circumstances.

3. The dispositive motions deadline remains **September 28, 2026**.

[1] Studiorotan also filed corrections to the motion. *See* Docs. 82 & 83.

DONE and ORDERED on July 16, 2026.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE