FILED
2026 Jul-23 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STUDIOROTAN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-20-GMB |
| | ) | |
| VICKII J. HOWELL, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is Plaintiff Studiorotan LLC's Notice of Voluntary Partial Dismissal without Prejudice of Counts I and V Only. Doc. 79. Defendants Vicki J. Howell and M.O.V.E. Gulf Coast CDC filed a response to the motion requesting that the court order the dismissal with prejudice or condition a dismissal without prejudice on the reimbursement of their attorneys' fees and expenses incurred in defending those counts. Doc. 80. Studiorotan filed a reply addressing Howell and M.O.V.E.'s requests. Doc. 90.

A district court has inherent authority to manage its own docket "so as to achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991). Based on the court's review of the procedural history, evidence presented at the evidentiary hearing on the motion for preliminary injunction, and the briefing related to the notice, dismissal of these claims without

prejudice is appropriate and no sanctions are justified.

Accordingly, it is ORDERED that Counts I and V are DISMISSED without prejudice. The only claims that remain pending against Howell and M.O.V.E. are those for copyright infringement, unjust enrichment, and tortious interference with business relationships.

DONE and ORDERED on July 23, 2026.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE